# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.C., a minor, by his Mother, L.S.<br><br>Plaintiff,<br><br>vs.<br><br>Irvine Unified School District,<br><br>Defendant. | **Case No.**: SA CV14-00988 JAK (ANx)<br>(Assigned to: Hon. John A. Kronstadt, Ctrm 750, Roybal)<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>**JS-6**<br><br>Scheduling Conference: 11/10/14<br>Complaint filed:          06/30/14 |

On May 22, 2015, the parties in this matter filed a Stipulation of Dismissal. This Court has approved the settlement. The parties note in their stipulation that the School Board has also approved the settlement. Good cause appearing, this action is dismissed with prejudice.

IT IS SO ORDERED

Dated: 5/26/15

_____
The Honorable John A. Kronstadt
United States District Court Judge